**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald William HALL, Defendant– Appellant.**

No. 01–7274.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Nov. 8, 2001.

Ronald William Hall, pro se. Michael Gordon James, Assistant United States Attorney, Raleigh, NC, for appellee.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald William Hall seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hall,* Nos. CR–99–76; CA–01–53–7–F (E.D.N.C. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*